NUMBER 13-99-156-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


IN THE INTEREST OF J.L.T., A MINOR

____________________________________________________________________



On appeal from the County Court

of San Patricio County, Texas.


____________________________________________________________________



O P I N I O N

Before Justices Hinojosa, Yañez, and Chavez

Opinion Per Curiam




 Appellant, J.L.T., A MINOR, perfected an appeal from a judgment entered by the County Court of San Patricio County,
Texas, in cause no. S-98-0586-JV. After the notice of appeal was filed, appellant notified this Court that the trial court
granted appellant's motion for new trial. A copy of the order granting defendant's motion for new trial has been furnished
to this Court.

 The Court, having examined and fully considered the documents on file and the trial court's order granting new trial, is of
the opinion that the appeal should be dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT
OF JURISDICTION. 

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 27th day of May, 1999.